| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>VW Credit, Inc. | Order Filed on May 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Richard Rumble,<br><br>Debtor. | Case No.:  18-31671 RG<br>Adv. No.:<br>Hearing Date:  5/1/19 @ 8:30 a.m.<br><br>Judge:  Rosemary Gambardella |

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 7, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtors:      Richard Rumble
Case No.:     18-31671 RG
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW Credit, Inc., holder of a mortgage on property known as 2014 Volkswagen Jetta Sedan 1.8, VIN: 3VWD17AJ9EM260171, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Ralph A. Ferro Jr., Esquire, attorney for Debtor, Richard Rumble and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will be treated as unaffected by this plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Rumble  
Michaella Rumble  
    Debtors

Case No. 18-31671-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 07, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2019.  
db/jdb      +Richard Rumble,   Michaella Rumble,   23 Long Road,   Lake Hopatcong, NJ 07849-2127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2019 at the address(es) listed below:  
      Denise E. Carlon   on behalf of Creditor   VW Credit, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Ralph A Ferro, Jr   on behalf of Debtor Richard Rumble ralphferrojr@msn.com  
      Ralph A Ferro, Jr   on behalf of Joint Debtor Michaella Rumble ralphferrojr@msn.com  
      Rebecca Ann Solarz   on behalf of Creditor   VW Credit, Inc. rsolarz@kmllawgroup.com  
      Steven Eisenberg   on behalf of Creditor   Quicken Loans Inc. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
      Steven P. Kelly   on behalf of Creditor   Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                TOTAL: 8