Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−31671−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Rumble                           Michaella Rumble
   23 Long Road                             23 Long Road
   Lake Hopatcong, NJ 07849                 Lake Hopatcong, NJ 07849

Social Security No.:
   xxx−xx−7803                              xxx−xx−3459

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       6/19/19
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr, Debtor's Attorney

COMMISSION OR FEES
$8,455.00

EXPENSES
$123.65

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 16, 2019
JAN:

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                      Case No. 18-31671-RG
   Richard Rumble                                           Chapter 13
   Michaella Rumble
           Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 16, 2019
                              Form ID: 137             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db/jdb         +Richard Rumble,    Michaella Rumble,    23 Long Road,    Lake Hopatcong, NJ 07849-2127
517846216      +Anthony R. Gualano,    ATTN: John P. Dell'Italia, Esq.,     Dell'Italia & Santola, Esqs.,
                 18 Tony Galento Plaza,    Orange, NJ 07050-2611
517846217     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX 79998-2234)
518156948      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517846219      +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
518224267      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518224681       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517846221      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517846225      +Macy's,   ATTN: Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
517846226      +Macy's American Express Card,    PO Box 8113,    Mason, OH 45040-8113
517846227       Rocket Mortgage,    ATTN: Quicken Loans,    1050 Woodward Avenue,    Detroit, MI 48226-1906
517846228      +Sears MasterCard,    PO Box 6275,    Sioux Falls, SD 57117-6275
517846230       TJX Rewards,    ATTN: Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
518125271      +VNB Loan Services Inc,    PO BOX 1015,    Spring Valley, NY 10977-0815
518161914      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517846231      +Valley National Bank,    1460 Valley Road,    Wayne, NJ 07470-8494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2019 00:00:39      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2019 00:00:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517846214       E-mail/Text: ally@ebn.phinsolutions.com May 16 2019 23:59:33      Ally,   PO Box 380902,
                 Bloomington, MN 55438-0902
518067781       E-mail/Text: ally@ebn.phinsolutions.com May 16 2019 23:59:33      Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
517846215      +E-mail/Text: ally@ebn.phinsolutions.com May 16 2019 23:59:33      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
517846218       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 00:04:50      Capital One,
                 PO Box 30273,    Salt Lake City, UT 84130-0273
518125586      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 00:05:50
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517846220       E-mail/Text: mrdiscen@discover.com May 16 2019 23:59:35      Discover Card,   PO Box 30943,
                 Salt Lake City, UT 84130
518069361       E-mail/Text: mrdiscen@discover.com May 16 2019 23:59:35      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517846222       E-mail/Text: cio.bncmail@irs.gov May 16 2019 23:59:56      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517846223       E-mail/Text: key_bankruptcy_ebnc@keybank.com May 17 2019 00:00:49      KeyBank,   PO Box 94722,
                 Cleveland, OH 44101-4722
517846224       E-mail/Text: bncnotices@becket-lee.com May 16 2019 23:59:41      Kohl's,   PO Box 3043,
                 Milwaukee, WI 53201-3043
518178827      +E-mail/Text: bankruptcyteam@quickenloans.com May 17 2019 00:01:00      Quicken Loans Inc.,
                 635 Woodward Avenue,,    Detroit, MI 48226-3408
517846229       E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 00:05:29      SYNCB/JCPenney,   PO Box 965007,
                 Orlando, FL 32896-5007
517850810      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 00:04:43      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518225187      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 00:04:42      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517846232      +E-mail/Text: vci.bkcy@vwcredit.com May 17 2019 00:00:46      VW Credit, Inc.,
                 1401 Franklin Blvd.,    Libertyville, IL 60048-4460
517846233      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2019 00:04:45      Walmart,   P.O. Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin               Page 2 of 2                  Date Rcvd: May 16, 2019
                              Form ID: 137              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Ralph A Ferro, Jr    on behalf of Debtor Richard   Rumble ralphferrojr@msn.com
              Ralph A Ferro, Jr    on behalf of Joint Debtor Michaella   Rumble ralphferrojr@msn.com
              Rebecca Ann Solarz     on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com
              Steven Eisenberg     on behalf of Creditor    Quicken Loans Inc. bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven P. Kelly    on behalf of Creditor    Quicken Loans Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```