UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Order Filed on June 24, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors

_____

| | |
|---|---|
| In Re: ) | Case No.:  18-31671 (RG) |
| ) | |
| ) | Chapter:  13 |
| **Richard Rumble** ) | |
| **Michaella Rumble** ) | Judge:  Rosemary Gambardella |
| ) | |
| ) | |
| Debtors     ) | |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 24, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

Case No.: 18-31671 (RG)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$8,455.00** for services rendered and expenses in the amount of **$123.65** for a total of **$8,578.65**  The allowance shall be payable:

$2,500.00 was paid outside the Plan as a retainer, remainder of $6,078.65 to be paid:

  **X**      through the Chapter 13 Plan as an administrative priority.

  **X**      Plan Payments will increase as follows:

- Current Plan payments are $2,000.00;
- Beginning July 1, 2019, Plan payments will increase to $2,110.00.