# UNITED STATES BANKRUPTCY
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

Order Filed on June 24, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors

| | | |
|---|---|---|
| In Re: | ) | Case No.:  18-31671 (RG) |
| | ) | |
| | ) | Chapter:  13 |
| **Richard Rumble** | ) | |
| **Michaella Rumble** | ) | Judge:  Rosemary Gambardella |
| | ) | |
| | ) | |
| Debtors | ) | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Case No.:  18-31671 (RG)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$8,455.00** for services rendered and expenses in the amount of **$123.65** for a total of **$8,578.65**  The allowance shall be payable:

$2,500.00 was paid outside the Plan as a retainer, remainder of $6,078.65 to be paid:

__X__     through the Chapter 13 Plan as an administrative priority.

__X__     Plan Payments will increase as follows:

- Current Plan payments are $2,000.00;
- Beginning July 1, 2019, Plan payments will increase to $2,110.00.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-31671-RG
Richard Rumble                                                                  Chapter 13
Michaella Rumble
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jun 24, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db/jdb          +Richard Rumble,    Michaella Rumble,    23 Long Road,    Lake Hopatcong, NJ 07849-2127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Ralph A Ferro, Jr    on behalf of Debtor Richard  Rumble ralphferrojr@msn.com
          Ralph A Ferro, Jr    on behalf of Joint Debtor Michaella  Rumble ralphferrojr@msn.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com
          Steven  Eisenberg    on behalf of Creditor    Quicken Loans Inc. bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    Quicken Loans Inc. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 8