Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 18−31671−RG  
Chapter: 13  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Rumble  
23 Long Road  
Lake Hopatcong, NJ 07849

Michaella Rumble  
23 Long Road  
Lake Hopatcong, NJ 07849

Social Security No.:  
xxx−xx−7803

xxx−xx−3459

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:    8/4/21  
Time:    10:00 AM  
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
Ralph A Ferro Jr, Debtor's Attorney,

COMMISSION OR FEES  
$1145.00

EXPENSES  
$9.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 7, 2021
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Richard Rumble  
Michaella Rumble  
    Debtors

Case No. 18-31671-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 07, 2021      Form ID: 137      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Rumble, Michaella Rumble, 23 Long Road, Lake Hopatcong, NJ 07849-2127 |
| cr | + | Quicken Loans, LLC formerly known as (FKA) Quicken, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517846216 | + | Anthony R. Gualano, ATTN: John P. Dell'Italia, Esq., Dell'Italia & Santola, Esqs., 18 Tony Galento Plaza, Orange, NJ 07050-2611 |
| 517846217 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518156948 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517846226 | #+ | Macy's American Express Card, PO Box 8113, Mason, OH 45040-8113 |
| 517846227 | + | Rocket Mortgage, ATTN: Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518161914 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517846231 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2021 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2021 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517846214 | | Email/Text: ally@ebn.phinsolutions.com | Jul 07 2021 20:40:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 518067781 | | Email/Text: ally@ebn.phinsolutions.com | Jul 07 2021 20:40:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517846215 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 07 2021 20:40:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 517846218 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 07 2021 20:44:35 | Capital One, PO Box 30273, Salt Lake City, UT 84130-0273 |
| 518125586 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 07 2021 20:44:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518224267 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2021 20:44:46 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517846220 | | Email/Text: mrdiscen@discover.com | Jul 07 2021 20:40:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517846225 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2021 20:44:36 | Macy's, ATTN: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 518224681 | | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2021 20:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518069361 | | Email/Text: mrdiscen@discover.com | Jul 07 2021 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517846221 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2021 20:44:36 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517846222 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2021 20:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517846219 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 07 2021 20:44:45 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 517846230 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 07 2021 20:44:39 | TJX Rewards, ATTN: Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 517846223 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 07 2021 20:40:00 | KeyBank, PO Box 94722, Cleveland, OH 44101-4722 |
| 517846224 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 07 2021 20:40:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518178827 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 07 2021 20:40:00 | Quicken Loans Inc., 635 Woodward Avenue,, Detroit, MI 48226-3408 |
| 517846229 | | Email/PDF: gecsedi@recoverycorp.com | Jul 07 2021 20:44:39 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 517846228 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2021 21:01:09 | Sears MasterCard, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 518225187 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 07 2021 20:44:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517850810 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 07 2021 20:44:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517846232 | + | Email/Text: vci.bkcy@vwcredit.com | Jul 07 2021 20:40:06 | VW Credit, Inc., 1401 Franklin Blvd., Libertyville, IL 60048-4460 |
| 517846233 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 07 2021 20:44:39 | Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518125271 | ##+ | VNB Loan Services Inc, PO BOX 1015, Spring Valley, NY 10977-0815 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021            Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor VW Credit  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Richard Rumble ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Michaella Rumble ralphferrojr@msn.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit  Inc. rsolarz@kmllawgroup.com |
| Steven Eisenberg | on behalf of Creditor Quicken Loans Inc. bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Quicken Loans  LLC formerly known as (FKA) Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9