# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

Order Filed on August 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors

_____

| | |
|---|---|
| In Re: | Case No.:  18-31671 (RG) |
| | Chapter:  13 |
| **Richard Rumble** | |
| **Michaella Rumble** | Judge:  Rosemary Gambardella |
| Debtors | Hearing Date:  8/4/21 @ 10:00 a.m. |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 5, 2021**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.:  18-31671 (RG)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$1,145.00** for services rendered and expenses in the amount of **$9.00** for a total of **$1,154.00**  The allowance shall be payable:

  **X**      through the Chapter 13 Plan as an administrative priority.

  **X**      Plan Payments will increase as follows:

- Current Plan payments are $2,110.00;
- Beginning August 1, 2021, Plan payments will increase to $2,147.00.

2