# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

Order Filed on August 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors

_____
In Re:                                           )    Case No.:  18-31671 (RG)
                                                 )
                                                 )    Chapter:  13
**Richard Rumble**                               )
**Michaella Rumble**                             )    Judge:  Rosemary Gambardella
                                                 )
                                                 )
_____Debtors____)    Hearing Date:  8/4/21 @ 10:00 a.m.


## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 5, 2021**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Case No.:  18-31671 (RG)

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$1,145.00** for services rendered and expenses in the amount of **$9.00** for a total of **$1,154.00**  The allowance shall be payable:

  **X**    through the Chapter 13 Plan as an administrative priority.

  **X**    Plan Payments will increase as follows:

- Current Plan payments are $2,110.00;
- Beginning August 1, 2021, Plan payments will increase to $2,147.00.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-31671-RG |
| Richard Rumble | Chapter 13 |
| Michaella Rumble | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Rumble, Michaella Rumble, 23 Long Road, Lake Hopatcong, NJ 07849-2127 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Richard Rumble ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Michaella Rumble ralphferrojr@msn.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Inc. rsolarz@kmllawgroup.com |
| Steven Eisenberg | |

| | |
|---|---|
| | on behalf of Creditor Quicken Loans Inc. bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Quicken Loans  LLC formerly known as (FKA) Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9