Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF DECEMBER  7, 2021

#### Chapter 13 Case # 18-31671

Re:   RICHARD RUMBLE  
      MICHAELLA RUMBLE  
      23 LONG ROAD  
      LAKE HOPATCONG, NJ  07849

Atty:   RALPH A. FERRO, JR., ESQ.  
       66 EAST MAIN STREET - 3RD FLOOR  
       LITTLE FALLS, NJ  07424

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/01/2019 | $2,000.00 | 5743455000 | 04/15/2019 | $750.00 | 5781586000 |
| 04/23/2019 | $1,250.00 | 5801664000 | 05/21/2019 | $750.00 | 5876151000 |
| 06/03/2019 | $1,250.00 | 5905016000 | 06/14/2019 | $1,000.00 | 5938951000 |
| 07/02/2019 | $1,110.00 | 5984465000 | 07/23/2019 | $900.00 | 6034779000 |
| 07/30/2019 | $1,210.00 | 6050575000 | 08/15/2019 | $750.00 | 6098457000 |
| 08/27/2019 | $900.00 | 6125368000 | 09/03/2019 | $500.00 | 6143620000 |
| 09/26/2019 | $1,500.00 | 6202578000 | 10/01/2019 | $610.00 | 6217291000 |
| 10/29/2019 | $1,500.00 | 6285928000 | 11/04/2019 | $625.00 | 6304039000 |
| 11/14/2019 | $1,200.00 | 6329802000 | 12/02/2019 | $910.00 | 6368537000 |
| 12/16/2019 | $1,400.00 | 6407332000 | 01/02/2020 | $710.00 | 6444318000 |
| 01/22/2020 | $1,500.00 | 6499340000 | 01/31/2020 | $600.00 | 6519133000 |
| 01/31/2020 | $50.00 | 6519140000 | 02/26/2020 | $2,110.00 | 6586659000 |
| 04/02/2020 | $2,110.00 | 6679858000 | 05/01/2020 | $2,110.00 | 6755027000 |
| 06/01/2020 | $2,110.00 | 6833801000 | 06/30/2020 | $2,110.00 | 6902007000 |
| 08/03/2020 | $2,110.00 | 6981223000 | 09/01/2020 | $2,110.00 | 7053509000 |
| 10/02/2020 | $2,110.00 | 7132488000 | 11/02/2020 | $2,110.00 | 7204633000 |
| 12/02/2020 | $2,110.00 | 7279479000 | 01/04/2021 | $2,110.00 | 7347355000 |
| 01/29/2021 | $2,110.00 | 7410946000 | 03/01/2021 | $2,110.00 | 7488932000 |
| 03/29/2021 | $2,110.00 | 7556412000 | 05/03/2021 | $2,110.00 | 7644367000 |
| 06/02/2021 | $2,110.00 | 7712131000 | 06/30/2021 | $2,110.00 | 7776102000 |
| 08/02/2021 | $2,110.00 | 7848436000 | 09/01/2021 | $2,147.00 | 7917600000 |
| 10/01/2021 | $2,147.00 | 7983154000 | 11/01/2021 | $2,147.00 | 8049544000 |
| 11/30/2021 | $557.29 | 8112548000 | | | |

**Total Receipts: $67,953.29  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $67,953.29**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,196.40 | IN SUMMARY |

Chapter 13 Case # 18-31671

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| ATTY | ATTORNEY | ADMIN | 7,232.65 | 100.00% | 7,232.65 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ANTHONY R. GUALANO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 20,095.05 | 100.00% | 19,060.14 | 1,034.91 |
| 0006 | CHASE BANK USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DISCOVER BANK | UNSECURED | 2,980.12 | 100.00% | 2,826.64 | 153.48 |
| 0008 | CITIBANK NA | UNSECURED | 5,454.16 | 100.00% | 5,173.27 | 280.89 |
| 0009 | UNITED STATES TREASURY/IRS | PRIORITY | 6,196.85 | 100.00% | 6,196.85 | 0.00 |
| 0010 | KEYBANK NA | VEHICLE SECURE | 290.35 | 100.00% | 290.35 | 0.00 |
| 0011 | CAPITAL ONE, N.A. | UNSECURED | 2,622.79 | 100.00% | 2,487.72 | 135.07 |
| 0012 | MACY'S | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 3,827.36 | 100.00% | 3,630.25 | 197.11 |
| 0014 | QUICKEN LOANS INC | MORTGAGE ARRE | 605.46 | 100.00% | 605.46 | 0.00 |
| 0016 | CITIBANK NA | UNSECURED | 2,424.20 | 100.00% | 2,299.35 | 124.85 |
| 0018 | SYNCHRONY BANK | UNSECURED | 227.17 | 100.00% | 215.47 | 11.70 |
| 0020 | VW CREDIT, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | UNITED STATES BANKRUPTCY COURT | UNSECURED | 1,531.99 | 100.00% | 1,056.02 | 475.97 |
| 0022 | SYNCHRONY BANK | UNSECURED | 1,033.19 | 100.00% | 979.98 | 53.21 |
| 0025 | UNITED STATES TREASURY/IRS | UNSECURED | 2,638.30 | 100.00% | 2,502.43 | 135.87 |
| 0026 | ALLY FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | ALLY CAPITAL | VEHICLE SECURE | 60.22 | 100.00% | 60.22 | 0.00 |
| 0028 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,278.30 | 100.00% | 3,109.47 | 168.83 |
| 0029 | VW CREDIT INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | SYNCHRONY BANK | UNSECURED | 3,230.86 | 100.00% | 3,064.47 | 166.39 |

Total Paid: $64,987.14
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | | |
| | 11/18/2019 | $60.22 | 837251 | | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 11/18/2019 | $42.78 | 837375 | | 11/18/2019 | $262.25 | 837375 |
| | 12/16/2019 | $1,283.69 | 839314 | | 12/16/2019 | $209.42 | 839314 |
| | 01/13/2020 | $57.31 | 841188 | | 01/13/2020 | $351.32 | 841188 |
| | 02/10/2020 | $814.62 | 843068 | | 02/10/2020 | $132.91 | 843068 |
| | 03/16/2020 | $135.41 | 844968 | | 03/16/2020 | $830.05 | 844968 |
| | 04/20/2020 | $814.61 | 846919 | | 04/20/2020 | $132.89 | 846919 |
| | 05/18/2020 | $126.16 | 848824 | | 05/18/2020 | $773.35 | 848824 |
| | 06/15/2020 | $773.39 | 850510 | | 06/15/2020 | $126.18 | 850510 |
| | 07/20/2020 | $129.67 | 852304 | | 07/20/2020 | $794.83 | 852304 |
| | 08/17/2020 | $794.87 | 854169 | | 08/17/2020 | $129.67 | 854169 |
| | 09/21/2020 | $129.68 | 855984 | | 09/21/2020 | $794.83 | 855984 |
| | 10/19/2020 | $794.85 | 857870 | | 10/19/2020 | $129.67 | 857870 |
| | 11/16/2020 | $129.66 | 859665 | | 11/16/2020 | $794.86 | 859665 |
| | 12/21/2020 | $794.85 | 861484 | | 12/21/2020 | $129.67 | 861484 |
| | 01/11/2021 | $129.69 | 863271 | | 01/11/2021 | $794.86 | 863271 |
| | 02/22/2021 | $794.84 | 864949 | | 02/22/2021 | $129.67 | 864949 |
| | 03/15/2021 | $129.65 | 866799 | | 03/15/2021 | $794.87 | 866799 |
| | 04/19/2021 | $794.83 | 868483 | | 04/19/2021 | $129.69 | 868483 |
| | 05/17/2021 | $129.67 | 870383 | | 05/17/2021 | $794.85 | 870383 |
| | 06/21/2021 | $807.73 | 872191 | | 06/21/2021 | $131.77 | 872191 |

**Chapter 13 Case # 18-31671**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 07/19/2021 | $55.10 | 873989 | | 07/19/2021 | $337.78 | 873989 |
| | 08/16/2021 | $807.73 | 875670 | | 08/16/2021 | $131.78 | 875670 |
| | 09/20/2021 | $131.77 | 877401 | | 09/20/2021 | $807.74 | 877401 |
| | 10/18/2021 | $821.90 | 879182 | | 10/18/2021 | $134.08 | 879182 |
| | 11/17/2021 | $135.52 | 880887 | | 11/17/2021 | $830.64 | 880887 |
| CAPITAL ONE, N.A. | | | | | | | |
| | 11/18/2019 | $34.23 | 837377 | | 12/16/2019 | $167.55 | 839316 |
| | 01/13/2020 | $45.85 | 841190 | | 02/10/2020 | $106.32 | 843069 |
| | 03/16/2020 | $108.34 | 844970 | | 04/20/2020 | $106.32 | 846921 |
| | 05/18/2020 | $100.94 | 848826 | | 06/15/2020 | $100.94 | 850512 |
| | 07/20/2020 | $103.74 | 852306 | | 08/17/2020 | $103.74 | 854171 |
| | 09/21/2020 | $103.75 | 855986 | | 10/19/2020 | $103.74 | 857872 |
| | 11/16/2020 | $103.75 | 859667 | | 12/21/2020 | $103.74 | 861486 |
| | 01/11/2021 | $103.74 | 863272 | | 02/22/2021 | $103.74 | 864951 |
| | 03/15/2021 | $103.75 | 866801 | | 04/19/2021 | $103.74 | 868485 |
| | 05/17/2021 | $103.74 | 870385 | | 06/21/2021 | $105.43 | 872194 |
| | 07/19/2021 | $44.09 | 873992 | | 08/16/2021 | $105.42 | 875673 |
| | 09/20/2021 | $105.42 | 877404 | | 10/18/2021 | $107.28 | 879185 |
| | 11/17/2021 | $108.42 | 880890 | | | | |
| CITIBANK NA | | | | | | | |
| | 11/18/2019 | $31.64 | 837171 | | 11/18/2019 | $71.18 | 837170 |
| | 12/16/2019 | $348.42 | 839093 | | 12/16/2019 | $154.86 | 839094 |
| | 01/13/2020 | $42.38 | 840963 | | 01/13/2020 | $95.35 | 840962 |
| | 02/10/2020 | $221.10 | 842836 | | 02/10/2020 | $98.27 | 842837 |
| | 03/16/2020 | $100.13 | 844713 | | 03/16/2020 | $225.30 | 844712 |
| | 04/20/2020 | $221.10 | 846659 | | 04/20/2020 | $98.27 | 846660 |
| | 05/18/2020 | $93.31 | 848599 | | 05/18/2020 | $209.90 | 848598 |
| | 06/15/2020 | $209.90 | 850266 | | 06/15/2020 | $93.29 | 850267 |
| | 07/20/2020 | $95.89 | 852044 | | 07/20/2020 | $215.73 | 852043 |
| | 08/17/2020 | $215.75 | 853919 | | 08/17/2020 | $95.89 | 853920 |
| | 09/21/2020 | $95.88 | 855698 | | 09/21/2020 | $215.73 | 855697 |
| | 10/19/2020 | $215.74 | 857599 | | 10/19/2020 | $95.89 | 857600 |
| | 11/16/2020 | $95.89 | 859393 | | 11/16/2020 | $215.74 | 859392 |
| | 12/21/2020 | $215.74 | 861180 | | 12/21/2020 | $95.89 | 861181 |
| | 01/11/2021 | $95.89 | 863021 | | 01/11/2021 | $215.71 | 863020 |
| | 02/22/2021 | $215.74 | 864620 | | 02/22/2021 | $95.89 | 864621 |
| | 03/15/2021 | $95.88 | 866527 | | 03/15/2021 | $215.76 | 866526 |
| | 04/19/2021 | $215.73 | 868138 | | 04/19/2021 | $95.89 | 868139 |
| | 05/17/2021 | $95.89 | 870074 | | 05/17/2021 | $215.74 | 870073 |
| | 06/21/2021 | $219.23 | 871848 | | 06/21/2021 | $97.44 | 871849 |
| | 07/19/2021 | $40.75 | 873677 | | 07/19/2021 | $91.68 | 873676 |
| | 08/16/2021 | $219.24 | 875364 | | 08/16/2021 | $97.44 | 875365 |
| | 09/20/2021 | $97.44 | 877079 | | 09/20/2021 | $219.23 | 877078 |
| | 10/18/2021 | $223.08 | 878862 | | 10/18/2021 | $99.16 | 878863 |
| | 11/17/2021 | $100.20 | 880567 | | 11/17/2021 | $225.45 | 880566 |

**Chapter 13 Case # 18-31671**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 11/18/2019 | $49.95 | 837467 | | 12/16/2019 | $244.50 | 839400 |
| | 01/13/2020 | $66.91 | 841266 | | 02/10/2020 | $155.15 | 843153 |
| | 03/16/2020 | $158.10 | 845063 | | 04/20/2020 | $155.15 | 847012 |
| | 05/18/2020 | $147.29 | 848901 | | 06/15/2020 | $147.31 | 850586 |
| | 07/20/2020 | $151.39 | 852389 | | 08/17/2020 | $151.38 | 854254 |
| | 09/21/2020 | $151.39 | 856072 | | 10/19/2020 | $151.39 | 857950 |
| | 11/16/2020 | $151.39 | 859744 | | 12/21/2020 | $151.39 | 861571 |
| | 01/11/2021 | $151.39 | 863345 | | 02/22/2021 | $151.39 | 865043 |
| | 03/15/2021 | $151.39 | 866879 | | 04/19/2021 | $151.39 | 868575 |
| | 04/19/2021 | ($151.39) | 868575 | | 04/19/2021 | $151.39 | 869689 |
| | 05/17/2021 | $151.39 | 870472 | | 06/21/2021 | $153.84 | 872283 |
| | 07/19/2021 | $64.33 | 874075 | | 08/16/2021 | $153.85 | 875757 |
| | 09/20/2021 | $153.84 | 877500 | | 10/18/2021 | $156.54 | 879271 |
| | 11/17/2021 | $158.21 | 880981 | | | | |
| DISCOVER BANK | | | | | | | |
| | 11/18/2019 | $38.89 | 837480 | | 12/16/2019 | $190.37 | 839412 |
| | 01/13/2020 | $52.10 | 841275 | | 02/10/2020 | $120.81 | 843164 |
| | 03/16/2020 | $123.11 | 845076 | | 04/20/2020 | $120.81 | 847019 |
| | 05/18/2020 | $114.69 | 848909 | | 06/15/2020 | $114.67 | 850595 |
| | 07/20/2020 | $117.89 | 852398 | | 08/17/2020 | $117.87 | 854262 |
| | 09/21/2020 | $117.89 | 856079 | | 10/19/2020 | $117.88 | 857957 |
| | 11/16/2020 | $117.86 | 859753 | | 12/21/2020 | $117.88 | 861577 |
| | 01/11/2021 | $117.88 | 863354 | | 02/22/2021 | $117.88 | 865049 |
| | 03/15/2021 | $117.88 | 866887 | | 04/19/2021 | $117.87 | 868583 |
| | 05/17/2021 | $117.88 | 870480 | | 06/21/2021 | $119.79 | 872291 |
| | 07/19/2021 | $50.09 | 874083 | | 08/16/2021 | $119.79 | 875766 |
| | 09/20/2021 | $119.79 | 877509 | | 10/18/2021 | $121.89 | 879278 |
| | 11/17/2021 | $123.18 | 880989 | | | | |
| KEYBANK NA | | | | | | | |
| | 11/18/2019 | $290.35 | 837650 | | | | |
| QUICKEN LOANS INC | | | | | | | |
| | 11/18/2019 | $605.46 | 837959 | | | | |

**Chapter 13 Case # 18-31671**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SYNCHRONY BANK | | | | | | |
| | 11/18/2019 | $42.16 | 838321 | 11/18/2019 | $13.48 | 836885 |
| | 12/16/2019 | $66.00 | 838817 | 12/16/2019 | $206.39 | 840191 |
| | 12/16/2019 | $17.47 | 838817 | 01/13/2020 | $56.49 | 842073 |
| | 01/13/2020 | $18.06 | 840701 | 02/10/2020 | $41.89 | 842577 |
| | 02/10/2020 | $130.98 | 843946 | 02/10/2020 | $13.19 | 842577 |
| | 03/16/2020 | $9.38 | 844456 | 03/16/2020 | $133.45 | 845901 |
| | 03/16/2020 | $42.68 | 844456 | 04/20/2020 | $41.88 | 846401 |
| | 04/20/2020 | $130.97 | 847853 | 04/20/2020 | $9.21 | 846401 |
| | 05/18/2020 | $8.74 | 848366 | 05/18/2020 | $124.34 | 849624 |
| | 05/18/2020 | $39.77 | 848366 | 06/15/2020 | $39.76 | 850047 |
| | 06/15/2020 | $124.35 | 851314 | 06/15/2020 | $8.74 | 850047 |
| | 07/20/2020 | $9.00 | 851802 | 07/20/2020 | $127.79 | 853180 |
| | 07/20/2020 | $40.87 | 851802 | 08/17/2020 | $40.86 | 853686 |
| | 08/17/2020 | $127.79 | 854996 | 08/17/2020 | $8.98 | 853686 |
| | 09/21/2020 | $8.98 | 855458 | 09/21/2020 | $127.80 | 856878 |
| | 09/21/2020 | $40.87 | 855458 | 10/19/2020 | $40.87 | 857373 |
| | 10/19/2020 | $127.79 | 858704 | 10/19/2020 | $8.99 | 857373 |
| | 11/16/2020 | $8.98 | 859167 | 11/16/2020 | $127.80 | 860474 |
| | 11/16/2020 | $40.86 | 859167 | 12/21/2020 | $40.87 | 860937 |
| | 12/21/2020 | $127.79 | 862370 | 12/21/2020 | $8.99 | 860937 |
| | 01/11/2021 | $8.98 | 862829 | 01/11/2021 | $127.80 | 863977 |
| | 01/11/2021 | $40.87 | 862829 | 02/22/2021 | $40.87 | 864366 |
| | 02/22/2021 | $127.79 | 865898 | 02/22/2021 | $8.99 | 864366 |
| | 03/15/2021 | $8.98 | 866332 | 03/15/2021 | $127.80 | 867520 |
| | 03/15/2021 | $40.86 | 866332 | 04/19/2021 | $40.88 | 867897 |
| | 04/19/2021 | ($40.88) | 867897 | 04/19/2021 | $40.88 | 869692 |
| | 04/19/2021 | $127.79 | 869394 | 04/19/2021 | $8.99 | 867897 |
| | 04/19/2021 | ($8.99) | 867897 | 04/19/2021 | $8.99 | 869692 |
| | 05/17/2021 | $8.98 | 869850 | 05/17/2021 | $127.80 | 871198 |
| | 05/17/2021 | $40.86 | 869850 | 06/21/2021 | $41.53 | 871610 |
| | 06/21/2021 | $129.87 | 873052 | 06/21/2021 | $9.14 | 871610 |
| | 07/19/2021 | $54.30 | 874770 | 07/19/2021 | $17.37 | 873467 |
| | 08/16/2021 | $41.52 | 875151 | 08/16/2021 | $129.87 | 876491 |
| | 08/16/2021 | $12.95 | 875151 | 09/20/2021 | $9.13 | 876871 |
| | 09/20/2021 | $129.87 | 878266 | 09/20/2021 | $41.54 | 876871 |
| | 10/18/2021 | $42.25 | 878664 | 10/18/2021 | $132.14 | 879995 |
| | 10/18/2021 | $9.29 | 878664 | 11/17/2021 | $9.39 | 880372 |
| | 11/17/2021 | $133.55 | 881676 | 11/17/2021 | $42.71 | 880372 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 07/15/2019 | $573.35 | 8001153 | 08/19/2019 | $1,065.60 | 8001194 |
| | 09/16/2019 | $2,745.60 | 8001237 | 10/21/2019 | $1,356.50 | 8001281 |
| | 11/18/2019 | $455.80 | 8001323 | 11/18/2019 | $34.43 | 8001323 |
| | 12/16/2019 | $168.54 | 8001362 | 01/13/2020 | $46.13 | 8001404 |
| | 02/10/2020 | $106.94 | 8001441 | 03/16/2020 | $108.98 | 8001481 |
| | 04/20/2020 | $106.95 | 8001529 | 05/18/2020 | $101.54 | 8001590 |
| | 06/15/2020 | $101.54 | 8001647 | 07/20/2020 | $104.35 | 8001710 |
| | 08/17/2020 | $104.36 | 8001769 | 09/21/2020 | $104.36 | 8001832 |
| | 10/19/2020 | $104.36 | 8001890 | 11/16/2020 | $104.35 | 8001946 |
| | 12/21/2020 | $104.36 | 8002005 | 01/11/2021 | $104.34 | 8002061 |
| | 02/22/2021 | $104.38 | 8002118 | 03/15/2021 | $104.34 | 8002170 |
| | 04/19/2021 | $104.36 | 8002224 | 05/17/2021 | $104.36 | 8002272 |
| | 06/21/2021 | $106.05 | 8002325 | 07/19/2021 | $44.35 | 8002377 |
| | 08/16/2021 | $106.05 | 8002427 | 09/20/2021 | $106.04 | 8002474 |
| | 10/18/2021 | $107.91 | 8002522 | 11/17/2021 | $109.06 | 8002576 |

**Chapter 13 Case # 18-31671**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| VNB LOAN SERVICES INC | | | | | | | |
| | 11/18/2019 | $19.99 | 837192 | | 12/16/2019 | $97.87 | 839112 |
| | 01/13/2020 | $26.78 | 840988 | | 02/10/2020 | $62.11 | 842859 |
| | 03/16/2020 | $63.27 | 844736 | | 04/20/2020 | $62.11 | 846682 |
| | 05/18/2020 | $58.96 | 848614 | | 06/15/2020 | $58.96 | 850288 |
| | 07/20/2020 | $60.60 | 852066 | | 08/17/2020 | $60.59 | 853939 |
| | 09/21/2020 | $60.60 | 855720 | | 10/19/2020 | $60.60 | 857618 |
| | 11/16/2020 | $60.60 | 859411 | | 12/21/2020 | $60.60 | 861207 |
| | 01/11/2021 | $60.59 | 863039 | | 02/22/2021 | $60.60 | 864648 |
| | 03/15/2021 | $60.59 | 866550 | | 04/19/2021 | $60.60 | 868165 |
| | 05/17/2021 | $60.60 | 870095 | | 06/02/2021 | ($60.60) | 870095 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: December 07, 2021.

Receipts: $67,953.29    -    Paid to Claims: $53,558.09    -    Admin Costs Paid: $11,429.05    =    Funds on Hand: $2,966.15

Unpaid Balance to Claims: $2,938.28    +    Unpaid Trustee Comp: $154.65    =    Total Unpaid Balance: **$126.78

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.