| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard Rumble<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7803<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Michaella Rumble<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3459<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–31671–RG | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Rumble                                    Michaella Rumble

<u>3/7/22</u>                                              **By the court:** <u>Rosemary Gambardella</u>
                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Richard Rumble  
Michaella Rumble  
    Debtors

Case No. 18-31671-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 07, 2022      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Rumble, Michaella Rumble, 23 Long Road, Lake Hopatcong, NJ 07849-2127 |
| cr | + | Quicken Loans, LLC formerly known as (FKA) Quicken, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517846216 | + | Anthony R. Gualano, ATTN: John P. Dell'Italia, Esq., Dell'Italia & Santola, Esqs., 18 Tony Galento Plaza, Orange, NJ 07050-2611 |
| 518125271 | | VNB Loan Services Inc, P. O. Box 953, Wayne, New Jersey 07474-0953 |
| 517846231 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 07 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 07 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Mar 08 2022 01:28:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517846214 | | EDI: GMACFS.COM | Mar 08 2022 01:28:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 518067781 | | EDI: GMACFS.COM | Mar 08 2022 01:28:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260294 | + | EDI: AISACG.COM | Mar 08 2022 01:28:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517846215 | + | EDI: GMACFS.COM | Mar 08 2022 01:28:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 517846217 | | EDI: BANKAMER.COM | Mar 08 2022 01:28:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 517846218 | | EDI: CAPITALONE.COM | Mar 08 2022 01:28:00 | Capital One, PO Box 30273, Salt Lake City, UT 84130-0273 |
| 518125586 | + | EDI: AIS.COM | Mar 08 2022 01:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518156948 | | Email/PDF: bncnotices@becket-lee.com | Mar 07 2022 20:30:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518224267 | + | EDI: CITICORP.COM | Mar 08 2022 01:28:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

Case 18-31671-RG   Doc 64   Filed 03/09/22   Entered 03/10/22 00:12:00   Desc Imaged
                            Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 07, 2022 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 517846220 | | EDI: DISCOVER.COM | Mar 08 2022 01:28:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 517846225 | + | EDI: CITICORP.COM | Mar 08 2022 01:28:00 | Macy's, ATTN: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 518224681 | | EDI: Q3G.COM | Mar 08 2022 01:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518069361 | | EDI: DISCOVER.COM | Mar 08 2022 01:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517846221 | + | EDI: CITICORP.COM | Mar 08 2022 01:28:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517846222 | | EDI: IRS.COM | Mar 08 2022 01:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517846219 | | EDI: JPMORGANCHASE | Mar 08 2022 01:28:00 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 517846230 | | EDI: JPMORGANCHASE | Mar 08 2022 01:28:00 | TJX Rewards, ATTN: Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 517846223 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 07 2022 20:26:00 | KeyBank, PO Box 94722, Cleveland, OH 44101-4722 |
| 517846224 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 07 2022 20:26:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 518178827 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 07 2022 20:26:00 | Quicken Loans Inc., 635 Woodward Avenue,, Detroit, MI 48226-3408 |
| 517846227 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 07 2022 20:26:00 | Rocket Mortgage, ATTN: Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517846229 | | EDI: RMSC.COM | Mar 08 2022 01:28:00 | SYNCB/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 517846228 | + | EDI: CITICORP.COM | Mar 08 2022 01:28:00 | Sears MasterCard, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 518225187 | + | EDI: RMSC.COM | Mar 08 2022 01:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517850810 | + | EDI: RMSC.COM | Mar 08 2022 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518161914 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Mar 07 2022 20:26:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517846232 | + | Email/Text: vci.bkcy@vwcredit.com | Mar 07 2022 20:26:00 | VW Credit, Inc., 1401 Franklin Blvd., Libertyville, IL 60048-4460 |
| 517846233 | + | EDI: RMSC.COM | Mar 08 2022 01:28:00 | Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 517846226 | ##+ | Macy's American Express Card, PO Box 8113, Mason, OH 45040-8113 |
| 519482444 | ##+ | VNB Loan Services Inc., PO Box 1015, Spring Valley, NY 10977-0815 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Ralph A Ferro, Jr | on behalf of Debtor Richard Rumble ralphferrojr@msn.com |
| Ralph A Ferro, Jr | on behalf of Joint Debtor Michaella Rumble ralphferrojr@msn.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Inc. rsolarz@kmllawgroup.com |
| Steven Eisenberg | on behalf of Creditor Quicken Loans Inc. bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Quicken Loans LLC formerly known as (FKA) Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11